A90A0819. WILLIAMS v. MIKE HILL & ASSOCIATES, INC.
(398 SE2d 292)

COOPER, Judge.
This appeal is dismissed as improvidently granted.
*Appeal dismissed. Banke, P. J., and Birdsong, J., concur.*

DECIDED OCTOBER 19, 1990 —
REHEARING DENIED NOVEMBER 5, 1990 —

*Savell & Williams, Mark S. Gannon, Richard G. Farnsworth,
Robert E. Mulholland,* for appellant.
*Joseph A. Munger, Robert R. Potter,* for appellee.